AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Robert Johnson, as personal representative of
the Estate of Irena Johnson, deceased

V

Denita Colvin and Willie Eva Baldwin

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv1068-MHT

TO: (Name and address of Defendant)

Denita Colvin
4033 Oak Shadow Lane
Montgomery, Alabama 36116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Zachary T. Collins, Attorney at Law, LLC
Attn: Zack Collins
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
(334) 263-5575(ph)/(334) 263-5569(fax)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                                                 12/7/07
CLERK                                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Robert Johnson, as personal representative of the Estate of Irena Johnson, deceased

V.

Denita Colvin and Willie Eva Baldwin

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:07 cv 1068 -MHT

TO: (Name and address of Defendant)

Willie Eva Baldwin
208 Bella Vista Terrace
McDonough, Georgia 30253

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Zachary T. Collins, Attorney at Law, LLC
Attn: Zack Collins
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104
(334) 263-5575(ph)/(334) 263-5569(fax)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  12/7/07