```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
         MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


ROBERT JOHNSON, as            )
Personal Representative       )
for the Estate of             )
Irene Johnson,                )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:07cv1068-MHT
                              )
DENITA COLVIN and             )
WILLIE EVA BALDWIN,           )
                              )
     Defendants.              )
```

### ORDER

The allegations of the plaintiff's complaint are insufficient to invoke this court's diversity-of-citizenship jurisdiction. The allegations must show that the citizenship of each plaintiff is different from that of each defendant. 28 U.S.C. § 1332.

The plaintiff is suing in his capacity as personal representative for the estate of the decedent. "[T]he legal representative of the estate of a decedent shall be

deemed to be a citizen only of the same State as the decedent ...."  28 U.S.C. § 1332(c)(2).  Because the complaint sets forth only the citizenship of the personal representative and not that of the decedent, the complaint does not adequately establish the ground for this court to assume jurisdiction of this matter.

It is therefore the ORDER, JUDGMENT, and DECREE of the court that the plaintiff has until December 28, 2007, to amend the complaint to allege jurisdiction sufficiently; otherwise this lawsuit shall be dismissed without prejudice.

DONE, this the 11th day of December, 2007.

　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE