**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Denita Colvin**
**4033 Oak Shawdow Lane**
**Montgomery, Alabama 36116**

2. Article Number *(Copy from service label)*

7604 2910 0002 1981 5366

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)* | B. Date of Delivery 12-8-07

C. Signature
X *Denita Colvin*
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

07cv1068
MHT

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

SCANNED

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952