| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* Willie Eva Baldwin   B. Date of Delivery 12-13-07<br>C. Signature<br>X *Willie Eva Baldwin*   ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br>   07CV1068<br>   5+ C |
| 1. Article Addressed to:<br><br>**Willie Eva Baldwin**<br>**208 Bella Vista Terrace**<br>**McDonough, Georgia 30253** | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>7004 510 0002 6981 5373 | |

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952