IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT JOHNSON, as personal Representative for the ESTATE OF IRENA JOHNSON,** ) ) ) ) **Plaintiff,** ) ) **v.** ) ) **DENITA COLVIN and WILLIE EVA BALDWIN, et. al.** ) ) ) **Defendants.** ) | **CASE NO.: 2:07cv1068-MHT** **COMPLAINT AND DEMAND FOR JURY TRIAL** |

### CERTIFICATE OF SERVICE

I, Zachary T. Collins, certify that on the 18th day of December, 2007, the Amended Complaint was duly served on the defendants listed below, properly addressed and pre-paid, via first class United States mail.

**Denita Colvin
4033 Oak Shadow Lane
Montgomery, Alabama 36116**

**Willie Eva Baldwin
208 Bella Vista Terrace
McDonough, Georgia 30253**

Respectfully Submitted,

*/s/ Zack*

_____
Zachary T. Collins
Attorney for Plaintiff

**OF COUNSEL:**
ZACHARY T. COLLINS, ATTORNEY AT LAW, LLC.
207 Montgomery Street, Suite 215
Montgomery, AL 36104
(334) 263-5575
(334) 263-5569