IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT JOHNSON, as personal Representative for the ESTATE OF IRENA JOHNSON,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DENITA COLVIN and WILLIE EVA BALDWIN, et. al.**<br><br>**Defendants.** | CASE NO.: **2:07cv1068-MHT**<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Robert Johnson, as personal representative for the Estate of Irena Johnson and a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, that:

(X)   This party is an individual, or

(  )   This party is a governmental entity, or

(X)   There are no entities to be reported, or

(  )   The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| NONE | N/A |

Respectfully Submitted, this the 18th day of December, 2007.

*[signature]*

_____
Zachary T. Collins
Attorney for Plaintiff

**OF COUNSEL:**
ZACHARY T. COLLINS, ATTORNEY AT LAW, LLC.
207 Montgomery Street, Suite 215
Montgomery, AL 36104
(334) 263-5575
(334) 263-5569

## CERTIFICATE OF SERVICE

I, Zachary T. Collins, certify that on the 18th day of December, 2007, the Conflict Disclosure Statement was duly served on the defendants listed below, properly addressed and pre-paid, via first class United States mail.

**Denita Colvin**
**4033 Oak Shadow Lane**
**Montgomery, Alabama 36116**

**Willie Eva Baldwin**
**208 Bella Vista Terrace**
**McDonough, Georgia 30253**

Respectfully Submitted,

*[signature]*

_____
Zachary T. Collins
Attorney for Plaintiff

**OF COUNSEL:**
ZACHARY T. COLLINS, ATTORNEY AT LAW, LLC.
207 Montgomery Street, Suite 215
Montgomery, AL 36104
(334) 263-5575
(334) 263-5569