IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT JOHNSON, as personal representative for the Estate of IRENA JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> DENITA COLVIN; WILLIE EVA BALDWIN, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) CASE NO.: 2:07-CV-1068-MHT ) ) ) ) ) ) |

## WILLIE EVA BALDWIN'S CONFLICT DISCLOSURE STATEMENT

COMES NOW the Defendant, Willie Eva Baldwin, and in accordance with the order of this court does hereby make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Fed.R.Civ.P., 7.1 and this Court's General Order Miscellaneous Case No. 00-3047:

**This party is an individual**.

RESPECTFULLY SUBMITTED this the 3rd day of January, 2008.

                                        /s/ *David Henderson*
                                        DAVID W. HENDERSON (ASB-4048-D57H)
                                        RANDALL MORGAN (ASB-8650-R70R)
                                        Attorneys for Defendant Willie Eva Baldwin

OF COUNSEL:
HILL, HILL, CARTER, FRANCO,
    COLE & BLACK, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, AL 36101-0116

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court using the Ala-File system and served a copy via United States Mail, postage prepaid, properly addressed this the 3rd day of January, 2008 to the following:

Zachary T. Collins, Esq.
207 Montgomery Street
Suite 213
Montgomery, AL 36104

James A. Rives, Esq.
William Christopher Waller, Jr., Esq.
Ball Ball Matthews & Novak PA
P.O. Box 2148
Montgomery, AL 36102-2148


                    /s/ *David Henderson*
                    OF COUNSEL