IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT JOHNSON, as personal Representative for the ESTATE OF IRENA JOHNSON,**<br><br>**Plaintiff,**<br><br>v.<br><br>**HERTZ RENTAL CAR COMPANY; DENITA COLVIN; and WILLIE EVA BALDWIN**<br><br>**Defendants.** | **CASE NO.: 2:07cv1068-MHT** |

## NOTICE OF ATTORNEY APPEARANCE

COMES NOW, **ZACHARY T. COLLINS, ATTORNEY AT LAW, LLC**, herein, filing Notice of Appearance of **Tonya D. Powell**, as associate counsel for the Plaintiff, Robert Johnson.

                                          Respectfully Submitted,

                                          */s/ T. D. Powell*
                                          Tonya D. Powell
                                          Zachary T. Collins
                                          Attorneys for Plaintiff

**OF COUNSEL:**

ZACHARY T. COLLINS, ATTORNEY AT LAW, LLC.
207 Montgomery Street, Suite 215
Montgomery, AL 36104
(334) 263-5575

## CERTIFICATE OF SERVICE

      I, Tonya D. Powell, certify that on the 8th day of January, 2008, the foregoing document was served on counsel/adverse party listed below, properly addressed and pre-paid, in the following manner:

( ) Facsimile;
( ) Facsimile, original to follow by United States mail, first class, properly addressed;
(X) United States mail, first class, properly addressed;
( ) United States mail, Express Mail delivery;
( ) Federal Express, overnight delivery;
( ) United Parcel Service, overnight delivery;
( ) Hand delivery;

OF COUNSEL:

**W. CHRISTOPHER WALLER, JR. (WAL187)**
**JAMES A. RIVES  (RIV005)**
Attorneys for Defendant Denita Colvin
**BALL, BALL, MATTHEWS & NOVAK, P.A.**
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, AL 36102-2148
Telephone (334) 387-7680
Facsimile  (334) 387-3222

**DAVID H. HENDERSON (ASB-4048-D57H)**
**RANDALL MORGAN (ASB-8650-R70R)**
Attorneys for Defendant Willie Eva Baldwin
Hill, Hill, Carter, Franco, Cole & Black, P.C.
P.O. Box 116
Montgomery, AL 36101-0116

                                            */s/ Tonya D. Powell*

                                            Tonya D. Powell
                                            Attorney for Plaintiff