IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT JOHNSON**, as personal representative for the **ESTATE OF IRENA JOHNSON**, <br><br>    **Plaintiff**, <br><br> v. <br><br> **DENITA COLVIN and WILLIE EVA BALDWIN** <br><br>    **Defendants.** | **CASE NO.: 2:07cv1068-MHT** |

## NOTICE OF DEPOSITION

**TO:   W. CHRISTOPHER WALLER, JR.**
   **JAMES A. RIVES**
   Attorneys for Defendant Denita Colvin
   **BALL, BALL, MATTHEWS & NOVAK, P.A.**
   2000 Interstate Park Drive, Suite 204
   Montgomery, AL 36102-2148

   **DAVID H. HENDERSON**
   **RANDALL MORGAN**
   Attorneys for Defendant Willie Eva Baldwin
   Hill, Hill, Carter, Franco, Cole & Black, P.C.
   P.O. Box 116
   Montgomery, AL 36101-0116

PLEASE TAKE NOTICE, that at the date, time and place indicated below, the undersigned will proceed to take the deposition testimony upon oral examination for the purpose of discovery, or for use as evidence in this action, or for both purposes, before a Notary Public or before some other officer authorized by law to administer oaths upon the following at the given date and location:

DEPONENT:  **Denita Colvin**

DATE:    **Monday, February 25, 2008 at 9:00 a.m.**

PLACE:   **BALL, BALL, MATTHEWS & NOVAK, P.A.**
     2000 Interstate Park Drive, Suite 204, Montgomery, AL 36102-2148

Respectfully Submitted, this the 8th day of January, 2008.

/s/ *Zachary T. Collins*

Zachary T. Collins
Tonya D. Powell
Attorneys for Plaintiff

**OF COUNSEL:**
ZACHARY T. COLLINS, ATTORNEY AT LAW, LLC.
207 Montgomery Street, Suite 215
Montgomery, AL 36104
(334) 263-5575
(334) 263-5569

## CERTIFICATE OF SERVICE

I, Zachary T. Collins, certify that on the 8th day of January, 2008, the foregoing document was served on counsel/adverse party listed below, properly addressed and pre-paid, in the following manner:

( ) Facsimile;
( ) Facsimile, original to follow by United States mail, first class, properly addressed;
( ) United States mail, first class, properly addressed;
( ) United States mail, Express Mail delivery;
( ) Federal Express, overnight delivery;
( ) United Parcel Service, overnight delivery;
( ) Hand delivery;
(X) CM/ECF

OF COUNSEL:

**W. CHRISTOPHER WALLER, JR. (WAL187)**
**JAMES A. RIVES  (RIV005)**
Attorneys for Defendant Denita Colvin
**BALL, BALL, MATTHEWS & NOVAK, P.A.**
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, AL 36102-2148
Telephone (334) 387-7680
Facsimile  (334) 387-3222

**DAVID H. HENDERSON (ASB-4048-D57H)**
**RANDALL MORGAN (ASB-8650-R70R)**
Attorneys for Defendant Willie Eva Baldwin
Hill, Hill, Carter, Franco, Cole & Black, P.C.
P.O. Box 116
Montgomery, AL 36101-0116

/s/ *Zachary T. Collins*
Zachary T. Collins
Attorney for Plaintiff