IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

ROBERT JOHNSON,

    Plaintiff,

v.

DENITA COLVIN; WILLIE EVA BALDWIN, et al.

    Defendants,

CASE NO. 2:07-cv-1068-MHT

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __DENITA COLVIN__, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

1/10/2008
Date

s/ W. Christopher Waller, Jr.
(Signature)

W. Christopher Waller, Jr.
(Counsel's Name)

Denita Colvin, Defendant
Counsel for (print names of all parties)

2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109
Address, City, State Zip Code

334-387-7680
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

**CERTIFICATE OF SERVICE**

I, __W. Christopher Waller, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __CM/ECF_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __10th____day of __January_____ 20_08_, to:

David W. Henderson, Hill, Hill, Carter, Franco, Cole & Black, P.C.

425 South Perry Street, Montgomery, Alabama 36104


Zachary T. Collins

207 Montgomery Street, Suite 213, Montgomery, Alabama 36104


1/10/2008                                                                       s/ W. Christopher Waller, Jr.
        Date                                                                            Signature