IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROBERT JOHNSON, as ) | |
| Personal Representative ) | |
| for the Estate of ) | |
| Irene Johnson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv1068-MHT |
| ) | |
| DENITA COLVIN and ) | |
| WILLIE EVA BALDWIN, ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the plaintiff's motion for leave to amend complaint (Doc. No. 24) is granted. The court assumes that the defendants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 11th day of February, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE