**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:  Johnson v. Colvin et al

Case Number:    2:07-cv-01068-MHT

Referenced Pleading:  ORDER  - Doc. 25

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ROBERT JOHNSON, as )
Personal Representative )
for the Estate of )
Irene Johnson, )
   )
    Plaintiff, )
   )   CIVIL ACTION NO.
    v. )    2:07cv1068-MHT
   )
DENITA COLVIN and )
WILLIE EVA BALDWIN, )
   )
    Defendants. )

ORDER

It is ORDERED that the plaintiff's motion for leave to amend complaint (Doc. No. 24) is granted. The court assumes that the defendants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 11th day of February, 2008.

          /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE