**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Ace American Insurance Company
436 Walnut Street
Philadelphia, PA 19106-3703**

2. Article Number: 7004 2510 0002 1981 5502

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): M.W. Jackson
B. Date of Delivery: 2/14/08
C. Signature: X M.W. Jackson
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

07CV1068  St Amd Cmt

3. Service Type:
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes