IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT JOHNSON, as personal representative for the ESTATE OF IRENA JOHNSON, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DENITA COLVIN, WILLIE EVA BALDWIN AND ACE AMERICAN INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) |

CASE NO.: 2:07-cv-1068-MHT-WC

### DEFENDANT ACE AMERICAN INSURANCE COMPANY'S NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance, John M. Phillips, with the law firm of Dore, Lanier & Phillips, as counsel in this case for the Defendant, Ace American Insurance Company.

I certify that I am admitted to practice in this Court.

Dated this 5th day of March, 2008.

JOHN M. PHILLIPS, ESQUIRE
Dore Lanier & Phillips, Chartered
ASB-2981-H59P
Attorney for ACE American Insurance Co.
76 South Laura Street, Suite 1701
Jacksonville, FL 32202
Telephone: (904) 358-7881
Facsimile: (904) 358-7899
E-mail: jmphillips@dorelaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 5, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed a true and correct copy of the foregoing by first-class mail to Zachary T. Collins, Esquire and Tonya Denita Powell, Esquire, 207 Montgomery Street, Suite 213, Montgomery, Alabama 36104, attorneys for Plaintiff; William Christopher Waller, Jr., Esquire and James A. Rives, Esquire, Ball Ball Matthews & Novak, PA, Post Office Box 2148, Montgomery, Alabama 36102-2148, attorneys for Denita Colvin; and to David Wayne Henderson, Esquire and Randall C. Morgan, Esquire, Post Office Box 116, Montgomery, Alabama 36101-0116, attorneys for Eva Baldwin.

                                               _____
                                               JOHN M. PHILLIPS, ESQUIRE
                                               Dore Lanier & Phillips, Chartered
                                               ASB-2981-H59P
                                               Attorney for ACE American Insurance Co.
                                               76 South Laura Street, Suite 1701
                                               Jacksonville, FL 32202
                                               Telephone: (904) 358-7881
                                               Facsimile: (904) 358-7899
                                               E-mail: jmphillips@dorelaw.com