IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT JOHNSON, as personal representative for the ESTATE OF IRENA JOHNSON, | ) ) ) ) | CASE NO.: 2:07-cv-1068-MHT-WC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DENITA COLVIN, WILLIE EVA BALDWIN AND ACE AMERICAN INSURANCE COMPANY, | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT ACE AMERICAN INSURANCE
COMPANY'S CONFLICT DISCLOSURE STATEMENT**

COMES NOW, Ace American Insurance Company, a Defendant in the above-captioned matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

      ( )     This party is an individual, or

      ( )     This party is a governmental entity, or

      ( X )   There are no entities to be reported, or

      ( )     The following entities and their relationship to the party are hereby reported.

| Reportable Entity | Relationship to Party |
|---|---|
| NONE | N/A |

Respectfully submitted this 5th day of March, 2008.

JOHN M. PHILLIPS, ESQUIRE
Dore Lanier & Phillips, Chartered
ASB-2981-H59P
Attorney for ACE American Insurance Co.
76 South Laura Street, Suite 1701
Jacksonville, FL 32202
Telephone: (904) 358-7881
Facsimile: (904) 358-7899
E-mail: jmphillips@dorelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed a true and correct copy of the foregoing by first-class mail to Zachary T. Collins, Esquire and Tonya Denita Powell, Esquire, 207 Montgomery Street, Suite 213, Montgomery, Alabama 36104, attorneys for Plaintiff; William Christopher Waller, Jr., Esquire and James A. Rives, Esquire, Ball Ball Matthews & Novak, PA, Post Office Box 2148, Montgomery, Alabama 36102-2148, attorneys for Denita Colvin; and to David Wayne Henderson, Esquire and Randall C. Morgan, Esquire, Post Office Box 116, Montgomery, Alabama 36101-0116, attorneys for Eva Baldwin.

JOHN M. PHILLIPS, ESQUIRE
Dore Lanier & Phillips, Chartered
ASB-2981-H59P
Attorney for ACE American Insurance Co.
76 South Laura Street, Suite 1701
Jacksonville, FL 32202
Telephone: (904) 358-7881
Facsimile: (904) 358-7899
E-mail: jmphillips@dorelaw.com