IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROBERT JOHNSON, as ) <br> Personal Representative ) <br> for the Estate of ) <br> Irene Johnson, ) <br>              ) <br>     Plaintiff, ) <br>              ) <br>     v.       ) <br>              ) <br> DENITA COLVIN and ) <br> WILLIE EVA BALDWIN, ) <br>              ) <br>     Defendants. ) | CIVIL ACTION NO. <br> 2:07cv1068-MHT |

ORDER

It is ORDERED that the motion to dismiss and alternative motion for more definite statement (Doc. No. 34) are set for submission, without oral argument, on April 1, 2008, with all briefs due by said date.

DONE, this the 5th day of March, 2008.

        /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE