**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **ROBERT JOHNSON, as personal representative for the ESTATE OF IRENA JOHNSON,** )<br>)<br>) | **CASE NO.: 2:07cv1068-MHT** |
| **Plaintiff,** )<br>) | |
| v. )<br>) | |
| **DENITA COLVIN; WILLIE EVA BALDWIN; and ACE AMERICAN INSURANCE COMPANY, et al.** )<br>)<br>)<br>) | |
| **Defendants.** ) | |

## MOTION FOR EXTENSION OF DEADLINE

**COMES NOW**, the Plaintiff, by and through his counsel for an extension of time to provide to the Defendants in this action his expert witness designation and reports pursuant to Section 8 of this Honorable Court's Scheduling Order and states the following reasons therefore:

1. That the Plaintiffs expert designation required by Rule 26(a)(2) was due on or before March 24, 2008.

2. That the parties have numerous conducted depositions, including depositions of multiple fact witnesses, as recent as March 18, 2008.

3. That some of the transcripts from all depositions necessary for Plaintiff's retained experts to review and issue a report are not complete and have not been provided to the parties.

4. That without said deposition transcripts, the Plaintiff's experts are unable to formulate an expert opinion in order to create a report for distribution to the opposing parties.

     5.    That as soon as said deposition transcripts become available, counsel will have his expert witness immediately review the same to establish an opinion to be provided to the opposing parties.

     **WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests an additional thirty (30) days to comply with Section 8 of this Honorable Courts scheduling order regarding expert witnesses and testimony.

     Respectfully Submitted, this the 26th day of March, 2008.

                           */s/ Zachary T. Collins*

                           Zachary T. Collins
                           Attorney for Plaintiff

**OF COUNSEL:**
ZACHARY T. COLLINS, ATTORNEY AT LAW, LLC.
207 Montgomery Street, Suite 215
Montgomery, AL 36104
(334) 263-5575
(334) 263-5569

# CERTIFICATE OF SERVICE

I, Zachary T. Collins, certify that on the 26th day of March, 2008, the foregoing document was served on counsel/adverse party listed below, properly addressed and pre-paid, in the following manner:

( ) Facsimile;
( ) Facsimile, original to follow by United States mail, first class, properly addressed;
( ) United States mail, first class, properly addressed;
( ) United States mail, Express Mail delivery;
( ) Federal Express, overnight delivery;
( ) United Parcel Service, overnight delivery;
( ) Hand delivery;
(x) CM/ECF

OF COUNSEL:

**DAVID H. HENDERSON (ASB-4048-D57H)**
**RANDALL MORGAN (ASB-8650-R70R)**
Attorneys for Defendant Willie Eva Baldwin
**HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.**
P.O. Box 116
Montgomery, AL 36101-0116

**W. CHRISTOPHER WALLER, JR. (WAL187)**
**JAMES A. RIVES  (RIV005)**
Attorneys for Defendant Denita Colvin
**BALL, BALL, MATTHEWS & NOVAK, P.A.**
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Telephone (334) 387-7680
Facsimile  (334) 387-3222

**JOHN PHILLIPS**
Attorney for ACE American Insurance Company
**Dore Lanier & Phillips, LLC**
76 South Laura Street, Suite 1701
Jacksonville, Florida 32202

                                               /s/ *Zachary T. Collins*
                                               **OF COUNSEL**