IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT JOHNSON, as personal representative for the ESTATE OF IRENA JOHNSON,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DENITA COLVIN; WILLIE EVA BALDWIN; and ACE AMERICAN INSURANCE COMPANY, et al.**<br><br>**Defendants.** | )<br>)<br>)  **CASE NO.: 2:07cv1068-MHT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW**, the Plaintiff, by and through his counsel of record and pursuant to Rule 41 of the Federal Rules of Civil Procedure to voluntary dismiss all claims against ACE American Insurance Company, without prejudice, in the above-styled cause of action.

Respectfully Submitted, this the 27th day of March, 2008.

*/s/ Zachary T. Collins*

_____

Zachary T. Collins
Attorney for Plaintiff

**OF COUNSEL:**
ZACHARY T. COLLINS, ATTORNEY AT LAW, LLC.
207 Montgomery Street, Suite 215
Montgomery, AL 36104
(334) 263-5575
(334) 263-5569

## CERTIFICATE OF SERVICE

I, Zachary T. Collins, certify that on the 27th day of March, 2008, the foregoing document was served on counsel/adverse party listed below, properly addressed and pre-paid, in the following manner:

( ) Facsimile;
( ) Facsimile, original to follow by United States mail, first class, properly addressed;
( ) United States mail, first class, properly addressed;
( ) United States mail, Express Mail delivery;
( ) Federal Express, overnight delivery;
( ) United Parcel Service, overnight delivery;
( ) Hand delivery;
(x) CM/ECF

OF COUNSEL:

**DAVID H. HENDERSON (ASB-4048-D57H)**
**RANDALL MORGAN (ASB-8650-R70R)**
Attorneys for Defendant Willie Eva Baldwin
**HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.**
P.O. Box 116
Montgomery, AL 36101-0116

**W. CHRISTOPHER WALLER, JR. (WAL187)**
**JAMES A. RIVES (RIV005)**
Attorneys for Defendant Denita Colvin
**BALL, BALL, MATTHEWS & NOVAK, P.A.**
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Telephone (334) 387-7680
Facsimile  (334) 387-3222

**JOHN PHILLIPS**
Attorney for ACE American Insurance Company
**Dore Lanier & Phillips, LLC**
76 South Laura Street, Suite 1701
Jacksonville, Florida 32202

                                                                 */s/ Zachary T. Collins*
                                                      **OF COUNSEL**