IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROBERT JOHNSON, as  )<br>Personal Representative  )<br>for the Estate of  )<br>Irene Johnson,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DENITA COLVIN and  )<br>WILLIE EVA BALDWIN,  )<br>  )<br>    Defendants.  ) | CIVIL ACTION NO.<br>2:07cv1068-MHT |

ORDER

It is ORDERED that the motion for extension of deadline (Doc. No. 36) is denied for the following reasons.

This court has made clear that, "A request or motion for extension of a deadline in any court order ... must indicate that movant has, in a timely manner, previously contacted counsel for all other parties; and ..., based on that contact, must state whether counsel for all other parties agree to or oppose the extension request or

motion," and "[a] request or motion that fails to meet this requirement will be denied outright, unless the movant offers a credible explanation in the request or motion why this requirement has not been met." Scheduling Order (Doc. No. 22), § 15(B).  Movant here has failed to comply with these requirements.

Moreover, "[a]bsent stated unforeseen and unavoidable circumstances beyond the control of the movant, ... 'eleventh hour' extension requests and motions will be denied outright."  Id.  The movant has failed to offer any explanation as to why this motion was filed <u>after</u> the deadline for dispositive motions in this case, rather than days, or even weeks, in advance.

DONE, this the 28th day of March, 2008.

    /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE