IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

RECEIVED
2008 APR -2  P 2: 54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ROBERT JOHNSON, as Personal Representative for the Estate of Irene Johnson, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. ) 2:07cv1068-MHT ) |
| DENITA COLVIN and WILLIE EVA BALDWIN, | ) ) ) |
| Defendant, | ) |

## NOTICE OF APPEARANCE

**COMES NOW,** J. Lenn Ryals, from Ryals, Plummer, Donaldson, Agricola & Smith, P.C., and hereby files his Notice Of Appearance on behalf of Willie Eva Baldwin in the above-styled case.

_____
J. LENN RYALS (RYA008)
ATTORNEY FOR THE DEFENDANT
WILLIE EVA BALDWIN

**OF COUNSEL:**
**RYALS, PLUMMER, DONALDSON**
**AGRICOLA & SMITH, P.C.**
60 Commerce Street, Suite 1400
Montgomery, Alabama 36104
(334) 834-5290
(334) 834-5297 fax
E-mail: lryals@rpdas.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing instrument upon the following attorney(s) of record by placing a copy of same in the United States Mail, postage prepaid this the 2nd day of April, 2008.

Zachary T. Collins, Esq.
207 Montgomery Street, Suite 213
Montgomery, Alabama 36104

John M. Phillips, Esq.
**Doore, Lanier & Phillips**
76 South Laura Street, Suite 1701
Jacksonville, Florida 32202

W. Christopher Waller, Jr., Esq.
**BALL, BALL, MATTHEWS &NOVAK, P.A.**
P.O. Box 2148
Montgomery, Alabama 36102-2148

David W. Henderson, Esq.
**HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.**
P.O. Box 116
Montgomery, Alabama 36101-0116

_____
OF COUNSEL

M:\AUTOLINE\ALLSTATE\Baldwin\Pleading\NOA - JLR.wpd