IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROBERT JOHNSON, as            )
Personal Representative       )
for the Estate of             )
Irene Johnson,                )
                              )
    Plaintiff,                )
                              )   CIVIL ACTION NO.
    v.                        )   2:07cv1068-MHT
                              )
DENITA COLVIN and             )
WILLIE EVA BALDWIN,           )
                              )
    Defendants.               )
```

### ORDER

It is ORDERED that defendant Ace American Insurance Company's motion to dismiss and alternative motion for more definite statement (doc. no. 34) are denied as moot.

DONE, this the 3rd day of April, 2008.

                                       /s/ Myron H. Thompson  
                               UNITED STATES DISTRICT JUDGE