UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROBERT JOHNSON, as Personal Representative of THE ESTATE OF IRENA JOHNSON, Deceased, | * * * * |
| Plaintiff, | * * |
| v. | *    Case No. 2:07-CV-1068-MHT * |
| DENITA COLVIN, and WILLIE EVA BALDWIN. | * * * |
| Defendants. | * |

### DEFENDANT DENITA COLVIN'S DESIGNATION OF EXPERTS

COMES NOW Defendant Denita Colvin and pursuant to the Court's Uniform Scheduling Order (Doc # 22), hereby submits as her Designation of Experts the following:

1. Cpl. Glenn Edward Caffey, Montgomery Police Department # 496, who will offer expert testimony concerning the results of his investigation of the motor vehicle accident at issue, including but not limited to, area and angles of impact, location of damage, speeds of vehicles involved, causation, and other expert analysis pertaining to the accident.

2. This Defendant also reserves the right to name additional experts, as necessary, to rebut any expert witnesses listed by the Plaintiff or any other Co-defendant, if any, and the need for which is determined through the discovery process.

                                                s/ W. Christopher Waller, Jr.
                                                W. CHRISTOPHER WALLER, JR. (WAL187)
                                                JAMES A. RIVES (RIV005)
                                                Attorneys for Defendant Denita Colvin

OF COUNSEL:

Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109
Telephone: 334-387-7680
Facsimile: 334-387-3222
Email: CWaller@ball-ball.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2008, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Zachary T. Collins, Esq.
Tonya D. Powell, Esq.
207 Montgomery Street, Suite 215
Montgomery, Alabama 36104

David H. Henderson, Esq.
Randall Morgan, Esq.
Hill, Hill, Carter, Franco, Cole & Black, P.C.
P.O. Box 116
Montgomery, Alabama 36101-0116

John M. Phillips, Esq.
Dore, Lanier & Phillips
76 South Laura Street
Suite 1701
Jacksonville, Florida  32202

J. Lenn Ryals, Esq.
Ryals, Plummer, Donaldson, Agricola & Smith, P.C.
60 Commerce Street
Suite 1400
Montgomery, Alabama 36104

                                                  s/ W. Christopher Waller, Jr.
                                                  W. CHRISTOPHER WALLER, JR. (WAL187)