UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROBERT JOHNSON, as Personal Representative of THE ESTATE OF IRENA JOHNSON, Deceased, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No. 2:07-CV-1068-MHT |
| DENITA COLVIN and WILLIE EVA BALDWIN, | * * * | |
| Defendants. | * | |

### PRO-TANTO STIPULATION OF DISMISSAL

It is hereby STIPULATED and AGREED by and between the Plaintiff Robert Johnson, as Personal Representative of the Estate of Irena Johnson, Deceased, and Defendant Denita Colvin that the claims of Plaintiff Johnson against Defendant Denita Colvin be dismissed with prejudice, with each party to bear his, her or its own costs. All other claims in this matter against other Defendants remain pending and are unaffected by this Order.

DONE this the 28th day of May, 2008.

_____
ZACHARY T. COLLINS
Attorney for Plaintiff

_____
W. CHRISTOPHER WALLER, JR.
JAMES A. RIVES
Attorneys for Defendant Denita Colvin

OF COUNSEL:
Attorney at Law
207 Montgomery Street
Suite 215
Montgomery, Alabama 36104

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P. A.
P. O. Drawer 2148
Montgomery, AL 36102-2148
Telephone: (334) 387-7680