IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT JOHNSON, as Personal Representative for the Estate of Irene Johnson, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:07cv1068-MHT |
| WILLIE EVA BALDWIN, | ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that defendant Willie Eva Baldwin's motion to amend answer (doc. no. 45) is set for submission, without oral argument, on July 7, 2008, with all briefs due by said date.

DONE, this the 20th day of June, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE