IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT JOHNSON, as Personal Representative for the Estate of Irene Johnson, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:07cv1068-MHT |
| WILLIE EVA BALDWIN, | ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that defendant Willie Eva Baldwin's motion to amend answer (doc. no. 45) is granted.

DONE, this the 11th day of July, 2008.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE