IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROBERT JOHNSON, as Personal Representative for the Estate of Irene Johnson, )<br>)<br>)<br>)<br>) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv1068-MHT |
| ) | |
| WILLIE EVA BALDWIN, ) | |
| ) | |
| Defendant. ) | |

ORDER

It is ORDERED that the motion for leave to amend complaint (Doc. No. 50) is set for submission, without oral argument, on August 4, 2008, with all briefs due by said date.

DONE, this the 28th day of July, 2008.

                  /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE