IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROBERT JOHNSON, as Personal Representative for the Estate of Irene Johnson,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIE EVA BALDWIN,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)   2:07cv1068-MHT<br>)<br>)<br>)<br>) |

ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 52) is set for submission, without oral argument, on August 15, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 29th day of July, 2008.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE