IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROBERT JOHNSON, as Personal Representative for the Estate of Irene Johnson,<br><br>　　Plaintiff,<br><br>　　v.<br><br>WILLIE EVA BALDWIN,<br><br>　　Defendant. | CIVIL ACTION NO.<br>2:07cv1068-MHT |

ORDER

It is ORDERED that the objection to leave to amend (Doc. No. 55) is set for submission, without oral argument, on August 15, 2008, with all briefs due by said date.

DONE, this the 1st day of August, 2008.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE