**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 5, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:**   Johnson v. Baldwin
**Case Number:**   2:07-cv-01068-MHT

**This Notice of Correction was filed in the referenced case this date to include the main PDF document previously omitted by E-Filer from the evidentiary submission entry.**

**The added main PDF document is attached to this notice for your review.  Reference is made to document # 58  filed on   August 4, 2008.**

UNITED STATES DISTRICT COURT OF ALABAMA
FOR THE MIDDLE DISTRICT, NORTHERN DIVISION

| | |
|---|---|
| **ROBERT JOHNSON**, as personal representative of the Estate of **IRENA JOHNSON** | * * * * |
| Plaintiff, | * * |
| v. | * CIVIL ACTION NO. 2:07cv1068-MHT * |
| **WILLIE EVA BALDWIN, et. al.,** | * * |
| Defendants. | * * |

**EVIDENTIARY SUBMISSIONS**

**COMES NOW**, the Plaintiff, by and through his counsel of record and files with his Brief in Support of Plaintiff's Motion for Leave to Amend his Second Amended Complaint the following evidentiary submissions:

1. **Exhibit A** -Invoice for Willie Eva Baldwin's deposition dated March 21, 2008.

2. **Exhibit B** - Invoice for Denita Colvin and Christopher Miles' depositions dated March 26, 2008.

3. **Exhibit C** - Email regarding Larson depositions dated February 25, 2008.

4. **Exhibit D** - Email regarding Larson depositions dated February 25, 2008.

5. **Exhibit E** - Email regarding Larson depositions dated February 25, 2008.

6. **Exhibit F** - Email regarding Larson depositions dated March 6, 2008.

7. **Exhibit G** - Invoice of Larson depositions conducted in Fort Dodge, IA dated March 24, 2008.

1

8. **Exhibit H** - Email regarding deposition scheduling of Cpl. Glenn Caffey dated April 18, 2008 and April 22, 2008.

9. **Exhibit I** - Email regarding Caffey deposition dated April 29, 2008.

10. **Exhibit J** - Copy of Plaintiff's Notice of Service of Discovery to Defendant Baldwin dated May 6, 2008.

11. **Exhibit K** - Copy of Defendant Baldwin's Responses to Plaintiff's Requests for Admissions dated June 12, 2008.

12. **Exhibit L** - Invoice of Cpl. Glenn Caffey's deposition dated June 9, 2008.

13. **Exhibit M** – Deposition of Brent Larson conducted on March 18, 2008 in Fort Dodge, Iowa.

14. **Exhibit N** – Deposition of Cpl. Glenn Caffey conducted on May 22, 2008 in Montgomery, Alabama.

15. **Exhibit O** – Deposition of Defendant Willie Eva Baldwin commencing on February 27, 2008 in Atlanta, Georgia and finishing on February 28, 2008 in Montgomery, Alabama.

Respectfully submitted this the 4th day of August, 2008.

/s/ *Zachary T. Collins*

ZACHARY T. COLLINS (COL126)
Attorney for the Plaintiff

**OF COUNSEL:**
ZACHARY T. COLLINS, ATTORNEY AT LAW, LLC
318 N. Decatur Street
Montgomery, Alabama 36104
Tel: 334-263-5575
Fax: 334-263-5569

**CERTIFICATE OF SERVICE**

    I, Zachary T. Collins, certify that on the 4th day of August, 2008, the foregoing document was served on counsel/adverse party listed below, properly addressed and pre-paid, in the following manner:

( ) Facsimile;
( ) Facsimile, original to follow by United States mail, first class, properly addressed;
( ) United States mail, first class, properly addressed;
( ) United States mail, Express Mail delivery;
( ) Federal Express, overnight delivery;
( ) United Parcel Service, overnight delivery;
( ) Hand delivery;
(X) CM/ECF

OF COUNSEL:

**DAVID H. HENDERSON (ASB-4048-D57H)**
**RANDALL MORGAN (ASB-8650-R70R)**
Attorneys for Defendant Willie Eva Baldwin
Hill, Hill, Carter, Franco, Cole & Black, P.C.
P.O. Box 116
Montgomery, AL 36101-0116

**J. LENN RYALS, ESQ.**
Attorneys for Defendant Willie Eva Baldwin
**RYALS, PLUMMER, DONALDSON**
    **AGRICOLA & SMITH, P.C.**
60 Commerce Street, Ste. 1400
Montgomery, Alabama 36104

                                          */s/ Zachary T. Collins*

                                          **OF COUNSEL**