IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROBERT JOHNSON, as Personal Representative for the Estate of Irene Johnson, )<br>)<br>)<br>)<br>) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv1068-MHT |
| ) | |
| WILLIE EVA BALDWIN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

It is ORDERED that plaintiff's motion for leave to amend complaint (Doc. No. 50) is set for on-the-record oral argument on August 20, 2008, at 10:00 a.m. Counsel for plaintiff is to arrange for the oral argument to be conducted by telephone.

DONE, this the 15th day of August, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**