IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROBERT JOHNSON, as personal representative for the ESTATE OF IRENA JOHNSON,** )<br>)<br>) | **CASE NO.: 2:07cv1068-MHT** |
| **Plaintiff,** ) | |
| **v.** ) | |
| **WILLIE EVA BALDWIN** ) | |
| **Defendant.** ) | |

### OPPOSITION TO DEFENDANT WILLIE EVA BALDWIN'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW**, the Plaintiff, by and through his counsel of record pursuant to Rule 56 of the Federal Rules of Civil Procedure in opposition to Defendant Willie Eva Baldwin's Motion for Summary Judgment and moves this Honorable Court to deny said motion.

As grounds therefore, Plaintiff, Robert Johnson submits that there are genuine issues of material fact such that Defendant Baldwin is not entitled to judgment as a matter of law. This contention in opposition is based upon: (1) the Plaintiff's complaint, as amended - (Exhibit A); (2) the deposition of Defendant Baldwin (Exhibit B) and exhibits attached thereto - (Plaintiff's Exhibits 49, 50, and 55); (3) Plaintiff's deposition Exhibit 4 – Alabama Uniform Accident Report (Exhibit C); and (4) the plaintiff's Brief in Opposition to Summary Judgment.

**WHEREFORE, PREMISES CONSIDERED**, bases upon the submission by Plaintiff Robert Johnson, he respectfully requests that this Honorable Court deny summary judgment in favor of Defendant Baldwin as to all claims set forth in his complaint in this cause.

Respectfully Submitted, this the 15th day of August, 2008.

*/s/ Zachary T. Collins*
_____
Zachary T. Collins
Attorney for Plaintiff

**OF COUNSEL:**
ZACHARY T. COLLINS, ATTORNEY AT LAW, LLC.
207 Montgomery Street, Suite 215
Montgomery, AL 36104
(334) 263-5575
(334) 263-5569

## CERTIFICATE OF SERVICE

I, Zachary T. Collins, certify that on the 15th day of august, 2008, the foregoing document was served on counsel/adverse party listed below, properly addressed and pre-paid, in the following manner:

( ) Facsimile;
( ) Facsimile, original to follow by United States mail, first class, properly addressed;
( ) United States mail, first class, properly addressed;
( ) United States mail, Express Mail delivery;
( ) Federal Express, overnight delivery;
( ) United Parcel Service, overnight delivery;
( ) Hand delivery;
(x) CM/ECF

OF COUNSEL:

**DAVID H. HENDERSON (ASB-4048-D57H)**
**RANDALL MORGAN (ASB-8650-R70R)**
Attorneys for Defendant Willie Eva Baldwin
**HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.**
P.O. Box 116
Montgomery, AL 36101-0116

**J. LENN RYALS, ESQ.**
Attorneys for Defendant Willie Eva Baldwin
**RYALS, PLUMMER, DONALDSON
    AGRICOLA & SMITH, P.C.**
60 Commerce Street, Ste. 1400
Montgomery, Alabama 36102


                                        */s/ Zachary T. Collins*
                                        _____
                                        **OF COUNSEL**