UNITED STATES DISTRICT COURT OF ALABAMA
FOR THE MIDDLE DISTRICT, NORTHERN DIVISION

| | |
|---|---|
| **ROBERT JOHNSON**, as personal representative of the Estate of IRENA JOHNSON | * * * * |
| Plaintiff, | * * |
| v. | * CIVIL ACTION NO. 2:07cv1068-MHT * |
| **WILLIE EVA BALDWIN, et. al.,** | * * |
| Defendants. | * * |

### EVIDENTIARY SUBMISSIONS IN OPPOSITION TO DEFENDANT BALDWIN'S MOTION FOR SUMMARY JUDGMENT

**COMES NOW**, the Plaintiff, by and through his counsel of record and files with his Brief in Opposition to Defendant Willie Eva Baldwin's Motion for Summary Judgment the following evidentiary submissions:

1. **Exhibit A** – Plaintiff's Second Amended Complaint.

2. **Exhibit B** – Deposition of Defendant Willie Eva Baldwin.

3. **Exhibit C** – Plaintiff's Exhibit 4 – Alabama Uniform Traffic Accident Report attached to deposition of Plaintiff Robert Johnson.

4. **Plaintiff's Exhibit 49** – Photograph attached to deposition of Defendant Baldwin. (Exhibit B)

5. **Plaintiff's Exhibit 50** – Photograph attached to deposition of Defendant Baldwin. (Exhibit B)

6. **Plaintiff's Exhibit 55** – Photograph attached to deposition of Defendant Baldwin. (Exhibit B)

Respectfully submitted this the 15th day of August, 2008.

*/s/ Zachary T. Collins*

_____
ZACHARY T. COLLINS (COL126)
Attorney for the Plaintiff

**OF COUNSEL:**
ZACHARY T. COLLINS, ATTORNEY AT LAW, LLC
318 N. Decatur Street
Montgomery, Alabama 36104
Tel: 334-263-5575
Fax: 334-263-5569

**CERTIFICATE OF SERVICE**

I, Zachary T. Collins, certify that on the 15th day of August, 2008, the foregoing document was served on counsel/adverse party listed below, properly addressed and pre-paid, in the following manner:

( ) Facsimile;
( ) Facsimile, original to follow by United States mail, first class, properly addressed;
( ) United States mail, first class, properly addressed;
( ) United States mail, Express Mail delivery;
( ) Federal Express, overnight delivery;
( ) United Parcel Service, overnight delivery;
( ) Hand delivery;
(X) CM/ECF

OF COUNSEL:

**DAVID H. HENDERSON (ASB-4048-D57H)**
**RANDALL MORGAN (ASB-8650-R70R)**
Attorneys for Defendant Willie Eva Baldwin
Hill, Hill, Carter, Franco, Cole & Black, P.C.
P.O. Box 116
Montgomery, AL 36101-0116

**J. LENN RYALS, ESQ.**
Attorneys for Defendant Willie Eva Baldwin
**RYALS, PLUMMER, DONALDSON
    AGRICOLA & SMITH, P.C.**
60 Commerce Street, Ste. 1400
Montgomery, Alabama 36104

              */s/ Zachary T. Collins*
              _____
              **OF COUNSEL**