# DEPOSITION OF ROBERT JOHNSON

## February 27, 2008

## Pages 1 through 188

## PREPARED BY:

**Haislip, Ragan, Green, Starkie & Watson, P.C.**
**566 South Perry Street**
**Post Office Box 62**
**Montgomery, AL  36104**
**Phone: (334) 263-4455**
**Fax: (334) 263-9167**
**E-mail: haislipragan@charter.net**

EXHIBIT
C

Page 1

1        IN THE UNITED STATES DISTRICT COURT
2              FOR THE MIDDLE DISTRICT
3                     OF ALABAMA
4
5   ROBERT JOHSON, as Personal
    Representative of THE ESTATE OF
6   IRENA JOHNSON, Deceased,
7           Plaintiff,
8       vs.           CIVIL ACTION NO.
                      2:07CV1068-MHT
9
    DENITA COLVIN and
10  WILLIE EVA BALDWIN, et al.,
11          Defendants.
12
13
14          * * * * * * * * * * * * *
15      DEPOSITION OF ROBERT JOHNSON, taken
16  pursuant to stipulation and agreement before Tracey
17  H. Rives, Certified Shorthand Reporter and
18  Commissioner for the State of Alabama at Large, in
19  the Law Offices of Barrickman, Allred & Young, 5775
20  Glenridge Drive, Atlanta, Georgia, on Wednesday the
21  27th day of February 2008, commencing at
22  approximately 11:10 a.m. EST.
23          * * * * * * * * * * * * *

Page 2

1                APPEARANCES
2
3
4   FOR THE PLAINTIFF:
5   ZACHARY T. COLLINS, ESQ.
    TONYA D. POWELL, ESQ.
6   Attorneys at Law
    207 Montgomery Street
7   Suite 215
    Montgomery, Alabama
8
    FOR THE DEFENDANT DENITA COLVIN:
9
    W. Christopher Waller, Jr., Esq.
10  BALL, BALL, MATTHEWS,
       & NOVAK
11  Attorneys at Law
    Suite 204
12  2000 Interstate Park Drive
    Montgomery, Alabama
13
    FOR THE DEFENDANT WILLIE EVA BALDWIN:
14
    David W. Henderson, Esq.
15  HILL, HILL, CARTER, FRANCO,
       COLE & BLACK
16  Attorneys at Law
    425 South Perry Street
17  Montgomery, Alabama
18  FOR THE DEFENDANT ACE AMERICAN INSURANCE COMPANY:
19  John M. Phillips, Esq.
    DORE, LANIER & PHILLIPS
20  Attorneys at Law
    76 South Laura Street
21  Suite 1701
    Jacksonville, FL  32202
22
23

Page 3

1                APPEARANCES (cont'd)
2   ALSO PRESENT:  Denita Colvin
                   Willie Eva Baldwin
3
4        * * * * * * * * * * * * *
5
                     INDEX
6
    EXAMINATION                        PAGE
7
    By Mr. Waller ...................... 5
8
    By Mr. Henderson .............................. 101
9
    By Mr. Phillips ............................. 141
10
    By Mr. Collins .............................. 162
11
    By Mr. Waller ...................... 174
12
    By Mr. Henderson .............................. 182
13
    By Mr. Phillips ............................. 185
14
    EXHIBITS
15
    DX-1 - Accident report ...................... 80
16
    DX-2 - Complaint ......................... 90
17
    DX-3 - Schedule for trip .................. 110
18
         * * * * * * * * * *
19
    PX-1 - Excess Rental Liability Policy ........ 163
20
    PX-2 - Letters of Administration ............. 167
21
    PX-3 - Alabama Certificate of Death .......... 168
22
    PX-4 - Original accident report .............. 169
23

Page 4

1                STIPULATION
2        It is hereby stipulated and agreed by and
3   between counsel representing the parties that the
4   deposition of ROBERT JOHNSON may be taken before
5   Tracey H. Rives, Certified Shorthand Reporter and
6   Commissioner for the State of Alabama at Large,
7   without the formality of a commission and all
8   formality with respect to other procedural
9   requirements is waived; that objections to
10  questions other than objections as to the form of
11  the question need not be made at this time but may
12  be reserved for a ruling at such time as the said
13  deposition may be offered in evidence or used for
14  any other purpose by either party as provided for
15  by the Federal Rules of Civil Procedure.
16       It is further stipulated and agreed by
17  and between the parties hereto and the witness that
18  the signature of the witness to this deposition is
19  hereby waived.
20       * * * * * * * * * * * * *
21
22
23

Deposition of Robert Johnson                                                February 27, 2008

Page 185

1  Q.  Did you call anybody to try to determine the
2      whereabouts of your mother?  Did you call
3      the police?  Did you do anything to try to
4      track them down, any other relatives or
5      anything?
6  A.  No.  I wouldn't have known who to call.  I
7      wouldn't know where they were.  I just hoped
8      they would call so we would know where they
9      were.
10 Q.  And when you received the call from Officer
11     Caffey the night of the 27th or early
12     morning of the 28th, whenever it was, were
13     you asleep at that time?
14 A.  Yes.
15         MR. HENDERSON:  That's all of the
16             questions I have.
17         EXAMINATION
18 BY MR. PHILLIPS:
19 Q.  One question that I missed the last time.
20     As of right now, do you recall what your
21     mother's number in Pennsylvania was?
22 A.  Phone number?
23 Q.  Yes, sir.

Page 186

1  A.  I have it programed in my cell phone.  I
2      think it's GR3-7829.
3         THE COURT REPORTER:  I'm sorry?
4  A.  GR3-7829.  So that's area (215) 473-7829.
5         MR. PHILLIPS:  Thank you.  That's
6             all I have.
7         MR. COLLINS:  Nothing.
8         MR. WALLER:  Thank you, sir.
9
10        * * * * * * * * * * * * *
11        FURTHER DEPONENT SAITH NOT
12        * * * * * * * * * * * * *
13
14        REPORTER'S CERTIFICATE
15 STATE OF ALABAMA:
16 MONTGOMERY COUNTY:
17        I, Tracey H. Rives, Certified Shorthand
18 Reporter and Commissioner for the State of Alabama
19 at Large, do hereby certify that I reported the
20 deposition of:
21        ROBERT JOHNSON
22 who was first duly sworn by me to speak the truth,
23 the whole truth and nothing but the truth, in the

Page 187

1  matter of:
2          ROBERT JOHSON, as Personal
3          Representative of THE ESTATE OF
4          IRENA JOHNSON, Deceased,
5          Plaintiff,
6          Vs.
7          DENITA COLVIN and
8          WILLIE EVA BALDWIN, et al.,
9          Defendants.
10         Civil Action Number
11         2:07CV1068-MHT
12         In the U.S. District Court
13         for the Middle District of Alabama
14 On February 27, 2008.
15         The foregoing 186 computer printed pages
16 contain a true and correct transcript of the
17 examination of said witness by counsel for the
18 parties set out herein.  The reading and signing of
19 same is hereby waived.
20         I further certify that I am neither of
21 kin nor of counsel to the parties to said cause,
22 nor in any manner interested in the results
23 thereof.

Page 188

1  This 17th day of March 2008.
2  _____
         Tracey H. Rives, Certified
3        Shorthand Reporter and
         Commissioner for the
4        State of Alabama at Large,
         ACCR#: 400, Expiration Date:
5        9/30/08
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

AST-27
REV. 1/91

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

DPS
Accident No.

Shaded Areas To Be Used By Data Processing Only

| Event # 66807 | Sheet 1 of 3 Sheet(s) | Microfilm No. | Local Case No. 07-5632 |

**LOCATION AND TIME**

| Date 07 27 2007 Month Day Year | Time 19:05 AM/PM (P) | Day of Week M T W TH F (S) S | County 03 | City MONTGOMERY | Rural | Highway Classification: (1) Interstate S - State, F - Federal, C - County; M - Municipal, P - Private Prop. | Local Zone 01 |

Non Collision Event / Collision Event section:
- 01 - Overturn
- 02 - Fire/Explosion
- 03 - Immersion
- 04 - Jackknifed
- 08 - Parts/Cargo Fell From Moving Vehicle
- 09 - Ran Off Road
- 12 - Other

On Street Road or Highway: I085 (S)
At Intersection of Between (Node 1): I065 (S)
And (Node 2): COURT ST.

Feet From 000.20
Node 1 (Circle One) Node 2

Collision Event codes 20-74 listed.

| First Harmful Event 20 | Event Location | Distance to Fixed Object N/A FT | No. of Vehicles 2 | No. Pedestrians 0 | No. Injured 2 | No. Fatalities 1 | Unit 1 Type 1 | Unit 2 Type 1 |

## UNIT 1

**DRIVER**

| Driver Full Name WILLIE EVA BALDWIN | Street Address 1235 N. CONESTOGA ST. | City and State PHILADELPHIA, PA. | Zip 19131 | Telephone No (215) 473-7829 |

| D.O.B 02 02 1917 | Race B | Sex F | DL State PA | Driver License No. 09117213 | DL Class C | DL Status C | List Restrictions Not Complied With N | COL Status | List Endorsements Not Complied With | Residence Less Than 25 Miles Yes (No) | Social Security No |

Place of Employment: RETIRED
Liability Insurance Co.: SELF-INSURED

| Driver Condition: (1) No Defect | Sobriety (1) | Officer's Opinion: | Alcohol Drugs | Type Test Given: 1 - No Test | Other Contr Circumstance 97 | Prime Harm Event 20 | Event Loc 1 |

| Maneuver 81 | Travel Road Name I085 (S) | Road Code | Travel Direction N E S (W) - Not on Rd |

| Veh Year 2007 | Make HYUN | Model SON | Body 4D | V.I.N. 5NPEU46F97H189659 | License Tag Number 9188683 | State IL | Year 2007 |

Owner's Name: HERTZ RENTAL CAR
Street or R.F.D. 10000 BESSIE COLEMAN DR.
City: CHICAGO    State IL    Zip 60666

**VEHICLE - UNIT 1**

Type: 1 Auto
Usage: 1 Personal
Hazardous Cargo: None
Attachment: None
Contributing Defect: None

TOTALED

| Speed Limit 50 MPH | Est. Speed 999 MPH | Citation Offense Charged NONE | Damage Severity 1 - Disabled | Vehicle Towed Away? (Yes) No | Total Injuries in Unit 3 | Enter Point of Initial Impact 5 |

Vehicle Towed By Whom: B&R
To Where: B&R LOT

## UNIT 2

**DRIVER**

| Driver Full Name DENITA R. COLVIN | Street Address 4033 OAK SHADOW LANE | City and State MONTGOMERY, AL | Zip 36116 | Telephone No (334) 396-3453 |

| D.O.B 09 23 1962 | Race B | Sex F | DL State AL | Driver License No. 6312074 | DL Class D | DL Status C | List Restrictions Not Complied With N | COL Status | List Endorsements Not Complied With | Residence Less Than 25 Miles (Yes) No | Social Security No |

Place of Employment: RETIRED U.S. ARMY
Liability Insurance Co.: USAA

| Driver Condition: 2 - Apparently Asleep | Sobriety | Officer's Opinion: | Alcohol Drugs | Type Test Given: 01 - No Test | Other Contr Circumstance 97 | Prime Harm Event 20 | Event Loc 1 |

| Maneuver 01 | Travel Road Name I085 (S) | Road Code | Travel Direction N E S (W) - Not on Rd - U - Unk |

| Veh Year 2007 | Make MERZ | Model 230 | Body 4D | V.I.N. WDBRF52H77F933177 | License Tag Number 6508H | State AL | Year 2008 |

Owner's Name: SAME AS DRIVER

**VEHICLE OR PEDESTRIAN - UNIT 2**

Type: 1 Auto
Usage: 1 Personal
Hazardous Cargo: None
Attachment: None
Contributing Defect: None

| Speed Limit 50 MPH | Est. Speed 999 MPH | Citation Offense Charged NONE | Damage Severity 1 - Disabled | Vehicle Towed Away? (Yes) No | Occupants in Unit 1 | Total Injuries in Unit 1 | Enter Point of Initial Impact 1 |

Vehicle Towed By Whom: B&R
To Where: B & R LOT

## CODES

Contributing Circumstances, Driver Maneuver, Pedestrian Action, Event Location code lists.

PLAINTIFF'S EXHIBIT 2

PENGAD 800-631-6989

## SEATING

| Unit 1 | 42 | 42 | | Other Involved Unit (Circle One) | 
|---|---|---|---|---|
| | 24 | | | 12 - Pedestrian |
| | | | | 13 - Rider of Domestic Animal |
| | | | | 14 - Occ. of Non-Motorized Vehicle |
| | | | | 15 - Victim of Other Circumstance/ Codes Not Applicable |

Other Involved Safety Equipment [ ]

| Unit 2 | 41 | | Other Involved Unit (Circle One) |
|---|---|---|---|
| | | | 12 - Pedestrian |
| | | | 13 - Rider of Domestic Animal |
| | | | 14 - Occ. of Non-Motorized Vehicle |
| | | | 15 - Victim of Other Circumstance/ Codes Not Applicable |

Other Involved Safety Equipment [ ]

### CODES — SAFETY EQUIPMENT

00 - None Installed
95 - Not Applicable
99 - Unknown (Any Type)

**Lap Belt Only**
11 - Enclosed
12 Not Fastened

**Lap/Shoulder Harness**
21 - Lap Only Used
22 - Neither Used
23 - Shoulder Only Used
24 - Both Used

**Motorcycle Helmet**
31 - Used
32 - Used

**Air Bags**
41 - Deployed, Belts Used
42 - Not Deployed, Belts Used
43 - Deployed, Belts Not Used
44 - Not Deployed, Belts Not Used

**Child Restraint**
81 - Child Restraint Used
82 - Other Restraint Used
83 - None Used

**Pedal Cycle/Pedestrian**
91 Contrasting Clothing
92 Non-contrasting Clothing

## VICTIMS

| | Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|---|
| | ELLA R. PRATHER | 2426 MONTEREY ST. DETROIT,MI. | 1 | 3 | A | 82 | F | N | M |
| | Taken To JACKSON HOSPITAL | Taken By CARE AMBULANCE | | | | | | | |
| N/A [ ] | IRENA JOHNSON | 1235 N. CONESTOGA ST. PHILADELPHIA ,PA | 1 | 4 | K | 82 | F | N | M |
| | Taken To JACKSON HOSPITAL | Taken By CARE AMBULANCE | | | | | | | |

## CODES

| Injury Type | Ejected | Fust Aid By |
|---|---|---|
| K-Killed | N - Not | A - Ambulance Attended | M - Paramedic | P - Police |
| B-Bruise/Abrasion/Swelling | A - Visible or Carried from Scene | F - Fully | T - Trapped | D - Doctor | O - Other | U - Unknown |
| | C - Not Visible—Has Pain/Feint | P - Partially | A - Not Applicable | | | N - None |

## NARRATIVE AND DIAGRAM

SEE SHEET 3 OF 3 SHEETS

Officer's Opinion of What Happened:

SEE SHEET 2 OF 3 SHEETS

## ROADWAY ENVIRONMENT

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit:

| | Contributing Road Defects | Surface Construction | Condition | Accident Is Or Related To Road Construction Zone? | Material in Roadway (Contributing) | Material Source | Character |
|---|---|---|---|---|---|---|---|
| Unit 1 | 0 0 - None | 1 - Asphalt | 1 - Dry | | 1 - None | 1 - Not Applicable | 1 - Straight—Level |
| 1 | 1 - Shoulders Low | 2 - Concrete | 2 - Wet | Yes Yes | 2 - Rocks | 2 - Natural Environment | 2 - Straight—Down Grade |
| Unit 2 | 2 - Shoulders High | 3 - Brick | 3 - Icy | No No | 3 - Trees/Limbs | 3 - Dropped From Vehicle | 3 - Straight—Up Grade |
| 2 | 3 - Holes, Bumps, Etc. | 4 - Unpaved | 4 - Snow/Slushy | | 8 - Other | 4 - Already In Road. But Fell From Vehicle | 4 - Straight—Hillcrest |
| | 8 - Other | 8 - Other | 5 - Muddy | | | 8 - Other | 5 - Curve—Level |
| | | | 8 - Other | | | 9 - Unknown | 6 - Curve—Down Grade |
| | | | | | | | 7 - Curve—Up Grade |
| | | | | | | | 8 - Curve—Hillcrest |

| Vision Obscured By: | Traffic Control | Opposing Lanes Separated By: | Trafficway Lanes |
|---|---|---|---|
| 0 0 - Not Obscured | 1 - Police Officer | 11 - Flagger | 97 - None | 1 - One Lane |
| 1 - Buildings | 2 - R.R. Crossing Gates | 12 - No Passing Zone | 1 - Paved Surface | 2 - Two Lanes |
| 2 - Signboards | 3 - R.R. Flashing Lights | 97 None | 2 - Unpaved Surface | 3 - Three Lanes |
| 3 - Trees, Crops, Bushes | 4 - R.R. Cross Bucks/Pave Mark | 98 - Other | 3 - Broken Painted Line | 4 - Four Lanes |
| 4 - Blowing Snow/Sand | 5 - Pedestrian Control | | 4 - Solid Painted Line | 5 - Five Lanes |
| 5 - Hillcrest | 6 - Traffic Signal | | 5 - Metal Guard Rail | 6 - Six Lanes or More |
| 6 - Curve In Road | 7 - Flashing Beacon | Traffic Control Yes No | 6 - Metal Guard Rail | |
| 7 - Fog | 8 - Stop Sign | Functioning No No | 7 - Fence | One-Way Street |
| 8 - Parked Vehicle | 9 - Yield Sign | | 8 - Other Barrier | Yes No |
| 9 - Moving Vehicle(s) | 10 - Lane Control Device | DOT Railroad Crossing No N/A | | |

## INVESTIGATION

| Light | Weather | Locale | Non-Vehicular Property Damage | Description: | Property Damage Description |
|---|---|---|---|---|---|
| 1 - Daylight 4 - Darkness—Road Not Lit | 1 - Clear 5 - Sleet/Hail | 1 - Open Country 5 - School | 1 - None Visible 3 - Moderate | | N/A |
| 2 - Dawn | 2 - Cloudy 6 - Crosswind | 2 - Residential 6 - Playground | 2 - Light 4 - Severe | | |
| 3 - Dusk 5 - Darkness—Road Lit | 3 - Rain 7 - Fog | 3 - Shop or Business 8 - Other | | Owner: | |
| | 4 - Snow 8 - Other | 4 - Mfg. or Industrial | | Address: | |

| Time Police Notified | Time Police Arrived | Time EMS Arrived | Name of Photographer | |
|---|---|---|---|---|
| 19:05 PM | 19:13 PM | 19:06 PM | S.A. TOLLIVER #1143 | |

| Witness Full Name | Address | Telephone |
|---|---|---|
| BRENT LARSON | 2634 VALLEY AVE. ROCK WELL CITY, IA 50579 | (515) 467-5764 |
| CHRIS MILES | 3913 PIEDMONT DR. MONTGOMERY ,AL 36108 | (334) 281-0039 |

| Name of Investigating Officer | Officer ID | Agency ORI |
|---|---|---|
| CPL.G.E. CAFFEY | 496 | 0030100 |
| Name of Other Investigating Officers at Scene CPL. Q.O. COMMANDER | 1418 | 0030100 |

Supervisor Reviewed

The data on this report reflects my best knowledge, opinions and beliefs covering the accident, but no warrant is made as to the factual accuracy thereof.

# ALABAMA
## UNIFORM TRAFFIC ACCIDENT REPORT
EVENT #: 66807

AST No. 34 Rev. 4/86

## SUPPLEMENTAL SHEET

LOCAL CASE NO. 07-5632

SHEET 2 OF 3 SHEET(S)

| | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|

**ADDITIONAL ACCIDENT VICTIMS**

| No. | Name | Address | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|---|
| 3 | DENITA R. COLVIN  4033 OAK SHADOW LANE MONTGOMERY,AL. 36116 | | 2 | 1 | A | 44 | F | N | M |
| | Taken to JACKSON HOSPITAL | Taken by CARE AMBULANCE | | | | | | | |
| 4 | Name N/A | Address | | | | | | | |
| | Taken to | Taken by | | | | | | | |
| 5 | Name N/A | Address | | | | | | | |
| | Taken to | Taken by | | | | | | | |
| 6 | Name N/A | Address | | | | | | | |
| | Taken to | Taken by | | | | | | | |
| 7 | Name N/A | Address | | | | | | | |
| | Taken to | Taken by | | | | | | | |
| 8 | Name N/A | Address | | | | | | | |
| | Taken to | Taken by | | | | | | | |
| 9 | Name N/A | Address | | | | | | | |
| | Taken to | Taken by | | | | | | | |
| 10 | Name N/A | Address | | | | | | | |
| | Taken to | Taken by | | | | | | | |
| 11 | Name N/A | Address | | | | | | | |
| | Taken to | Taken by | | | | | | | |
| 12 | Name N/A | Address | | | | | | | |
| | Taken to | Taken by | | | | | | | |

**ADDITIONAL NARRATIVE SPACE**

### DESCRIBE WHAT HAPPENED (Refer to vehicles by number)

WITNESSES ADVISED THAT VEHICLE #1 WAS TRAVELING WEST ON I085 SOUTH IN THE RIGHT LANE ,WHEN SUDDENLY VEHICLE # 1 STARTED BACKING UP ON I085 IN THE LANE OF TRAFFIC. WITNESSES FURTHER ADVISED THAT VEHICLE #2 TOOK EVASIVE ACTIONS, HOWEVER WAS UNABLE TO AVOID THE COLLISION . DRIVER OF VEHICLE # 1 ADVISED THAT SHE WAS TRAVELING ON I085 SOUTH AND VEHICLE #2 COLLIDED WITH HER VEHICLE IN THE REAR. DRIVER OF VEHICLE #1 ADVISED THAT SHE NEVER PUT HER VEHICLE IN REVERSE. DRIVER OF VEHICLE #2 ADVISED THAT WHEN SHE NOTICED VEHICLE # 1 ,IT WAS BACKING  ON THE INTERSTATE . DRIVER OF VEHICLE #2 FURTHER ADVISED SHE ATTEMPTED TO AVOID THE COLLISION BY SWERVING TO THE RIGHT, HOWEVER SHE WAS UNABLE TO AVOID THE COLLISION.

SEE SHEET 3 OF 3 SHEETS

| | | | Location | | Time | A.M |
|---|---|---|---|---|---|---|
| ☐ Diagram Not to Scale | (20 feet) | | | | | P.M |
| ☐ Diagram Scale 1 inch | (l0 feet) | | MONTGOMERY | | 1904 | ☒ MT |
| Signature of Reporting Officer(s) | | | Officer ID | Reporting Police Agency ORi | DATE | |
| | | | 496 | 0030100 | Month 07 | Day 27 | Year 2007 |



LEGEND
A - GUARD RAIL
B - VEHICLE DEBRI
C - EXIT SIGN FOR I-65
D - ROAD WORK SIGN
E - SCUFF MARK IN GRASS

NORTH

CONCRETE BARRIER

SHOULDER

TO I-65 NORTH

AREA OF IMPACT

UNIT 2

UNIT 1

A
B
C
D
E

TO I-65 SOUTH/DAY STREET

SHEET 3 OF 3 SHEETS
I- 85 (SOUTHBOUND ONLY) AT
INTERCHANGE
DRAWN BY - SGT R.E. LEWIS #947
ASSISTED BY - CPL G.E. CAFFEY #496
DATE DRAWN - 07/29/2007
CASE # - 07-5632
EVENT # - 66807
DATE OF COLLISION - 07/27/2007

0   25   50



LEGEND

A - GUARD RAIL
B - VEHICLE DEBRI
C - EXIT SIGN FOR I-65
NORTH
D - ROAD WORK SIGN
E - SCUFF MARK IN GRASS

CONCRETE BARRIER

SHOULDER

AREA OF IMPACT

SHEET 3 OF 3 SHEETS
I-85 (SOUTHBOUND ONLY) AT
INTERCHANGE
DRAWN BY - SGT R.E. LEWIS #947
ASSISTED BY - CPL G.E. CAFFEY #496
DATE DRAWN - 07/29/2007
CASE # - 07-5632
EVENT # - 66807
DATE OF COLLISION - 07/27/2007

65 NORTH

AY STREET

0    25    50



PLAINTIFF'S
EXHIBIT
49



PLAINTIFF'S
EXHIBIT
50

