

PLAINTIFF'S
EXHIBIT
49



PLAINTIFF'S EXHIBIT 50

