# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ROBERT JOHNSON, as personal** | ) | |
| **representative for the ESTATE OF** | ) | |
| **IRENA JOHNSON,** | ) | **CASE NO.: 2:07cv1068-MHT** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **WILLIE EVA BALDWIN** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

**COMES NOW**, the Plaintiff, by and through his counsel of record pursuant this Honorable Court's Uniform Scheduling Order and informs the Court of the following:

1.  That on June 30, 2008 the parties met in a good faith face-to-face mediation in an attempt to resolve this case.

2.  Although not settled, mediation was suspended and reset for August 12, 2008. However, mediation was then canceled by the insurance company for Defendant Baldwin.

3.  On August 20, 2008, counsel for the Plaintiff and Defendant again conferred regarding resolution of this case. Both counsels of record are hopeful that resolution may be reached prior to trial whether by direct negotiations or another mediation.

Respectfully Submitted, this the 21st day of August, 2008.

*/s/ Zachary T. Collins*
_____
Zachary T. Collins
Attorney for Plaintiff

**OF COUNSEL:**
ZACHARY T. COLLINS, ATTORNEY AT LAW, LLC.
207 Montgomery Street, Suite 215
Montgomery, AL 36104
(334) 263-5575
(334) 263-5569

## CERTIFICATE OF SERVICE

I, Zachary T. Collins, certify that on the 21st day of august, 2008, the foregoing document was served on counsel/adverse party listed below, properly addressed and pre-paid, in the following manner:

( )  Facsimile;
( )  Facsimile, original to follow by United States mail, first class, properly addressed;
( )  United States mail, first class, properly addressed;
( )  United States mail, Express Mail delivery;
( )  Federal Express, overnight delivery;
( )  United Parcel Service, overnight delivery;
( )  Hand delivery;
(x)  CM/ECF

OF COUNSEL:

**DAVID H. HENDERSON (ASB-4048-D57H)**
**RANDALL MORGAN (ASB-8650-R70R)**
Attorneys for Defendant Willie Eva Baldwin
**HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.**
P.O. Box 116
Montgomery, AL 36101-0116

**J. LENN RYALS, ESQ.**
Attorneys for Defendant Willie Eva Baldwin
**RYALS, PLUMMER, DONALDSON**
     **AGRICOLA & SMITH, P.C.**
60 Commerce Street, Ste. 1400
Montgomery, Alabama 36102

*/s/ Zachary T. Collins*
_____
**OF COUNSEL**